UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:09CR69 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| JEFFREY VANVELSON, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 26th day of August, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 12, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 841(a)(1) and 853, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $1,054.00 in United States currency was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on August 17, 2009 (Filing No. 40).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

  A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

  B.  All right, title and interest in and to the subject property, i.e., $1,054.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

  C.  The subject property, i.e., $1,054.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

  D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

  DATED this 26th day of August, 2009.

            **BY THE COURT:**

            s/ Joseph F. Bataillon
            **JOSEPH F. BATAILLON, JUDGE**
            **United States District Court**